MARIO M. MEDICI AND MADISON PROPERTY COMPANY
NO. 4 v. BPR COMPANY, ETC., ET AL.

June 3, 1986.

Petition for certification granted.

NEAL STEEN AND HELEN H. STEEN v. MERCER MUTUAL
INSURANCE COMPANY, ETC.

June 3, 1986.

Petition for certification denied.

ANTHONY RUSSO v. NEW JERSEY STATE PAROLE BOARD.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. HAROLD L. GREEN.

June 3, 1986.

Petition for certification denied.